No. D–718.   IN RE DISBARMENT OF MORALES.   It is ordered that Frank C. Morales, of Los Angeles, Cal., be suspended from

the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.